ELLA PRYOR, Respondent, *v.* JOHN CHADWICK, Appellant.

*Personal injuries — excessive damages.*

A verdict for $1,500, rendered upon the trial of an action brought to recover damages for serious personal injuries, will not be set aside as excessive where the judge's charge was fair and no exception was taken, and where no requests to charge were made by the defendant.

APPEAL by the defendant, John Chadwick, from a judgment of the Supreme Court in favor of the plaintiff, entered in the office of the clerk of the county of Niagara on the 10th day of February, 1894, upon the verdict of a jury rendered after a trial at the Niagara Circuit, with notice of an intention to bring up for review upon such appeal an order dated the 19th day of February, 1894, denying the defendant's motion for a new trial made upon the minutes.

*Simson, Harrington & Holman,* for the appellant.

*C. W. Sickmon,* for the respondent.

Memorandum, WARD, J. :

Appeal from a judgment obtained upon a verdict in favor of the plaintiff for personal injuries, and from an order denying a motion for a new trial. The verdict for the respondent was $1,500 for

injuries caused by the defendant's assault, producing a miscarriage and serious personal injury and suffering.

There was no exception taken in the course of the trial nor any to the judge's charge nor any request to charge.

The appellant now complains of certain portions of the charge, and that the verdict is excessive. Neither contention is sustained.

There was proof justifying the jury in finding the verdict and it cannot be interfered with here ; the judge's charge was unobjectionable.

The judgment and order denying a new trial should be affirmed, with costs.

DWIGHT, P. J., LEWIS and BRADLEY, JJ., concurred.

Judgment and order affirmed.